In the Matter of JOHN O'BYRNE.

(Argued April 28, 1890; decided March 9, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 24, 1890, which affirmed an order of Special Term denying a motion to vacate a warrant of commitment for misconduct, under sections 854, 855 and 856 of the Code of Civil Procedure.

*Richard S. Newcombe* for appellant.

*Thomas P. Wickes* for respondent.

Agree to affirm ; no opinion.
All concur except RUGER, Ch. J., not voting, and O'BRIEN, J., dissenting. EARL, J., concurs on the ground that some of the questions which the appellant refused to answer were proper, and that, therefore, he could not seek the favor of the court while purposely outside its jurisdiction to avoid arrest.
Order affirmed.